IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN JENKINS<br><br>Plaintiff,<br><br>v.<br><br>ACUITY LIGHTING GROUP, INC.,<br>d/b/a LITHONIA LIGHTING<br>COMPANY<br><br>Defendant. | )<br>)<br>)<br>)  3:06cv 376(SRU)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT LITHONIA'S NOTICE OF REMOVAL

To THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

The Defendant, Acuity Lighting Group, Inc. d/b/a Lithonia Lighting (hereinafter collectively referred to as "Lithonia"), by and through its undersigned counsel, and pursuant to 28 U.S.C.A. §§ 1332(a) and 1441 hereby removes this action from the Superior Court, Judicial District of New Haven, State of Connecticut, to the United States District Court for the District of Connecticut and in support of which states as follows:

1.

The Plaintiff filed an action against Defendant Lithonia on or about February 20, 2005 entitled John Jenkins v. Acuity Lighting Group, Inc. d/b/a Lithonia Lighting Company bearing a return date of March 31, 2006. This is the only pleading in said case to date. A copy of the Summons and Complaint is attached hereto as Exhibit "A."

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

2.

In the Complaint, the Plaintiff alleges negligence and seeks unspecified damages. Based on the injury alleged and counsel's investigation to date, the damages claimed exceed $75,000 upon information and belief. Further, although not specified in the Complaint, Plaintiff's counsel, in a conversation with Defendant Lithonia's counsel on March 1, 2006, indicated that the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

3.

Defendant Acuity Lighting Group, Inc. d/b/a Lithonia Lighting is a Delaware corporation with its principal place of business in Atlanta, Georgia.

4.

The Court has jurisdiction in the above-captioned matter, pursuant to 28 U.S.C.A. § 1332, in that the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and the dispute is between citizens of different states, involving a dispute between a Connecticut plaintiff and Defendant Lithonia, a Delaware corporation. Therefore, this action may be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C.A. §§ 1332 and 1441.

5.

Lithonia was provided with notice of the lawsuit on February 27, 2006. See Exhibit "B" attached hereto.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

6.

This Notice of Removal is being filed within thirty (30) days of being notified of this lawsuit and Defendant Lithonia has complied with all requirements of 28 U.S.C.A. §1446.

WHEREFORE, Defendant Lithonia prays that the above-styled action be removed from the Superior Court, Judicial District of New Haven, State of Connecticut, to this Honorable Court.

Respectfully submitted this 9th day of March, 2006.

The Defendant
ACUITY LIGHTING GROUP, INC.

By _____
Bruce H. Raymond of
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Federal Bar # 04981
Its Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 9th day of March 2006, a copy of the foregoing was either, mailed, postage prepaid, or hand-delivered to:

Jeremiah J. Morytko, Esq.
Giulietti and Morytko, LLC
22 Broadway
North Haven, CT 06473

_____
Bruce H. Raymond

801591.1

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

# SUMMONS - CIVIL
(Except Family Actions)
JD-CV-1 Rev. 1-2000
C.G.S. § 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. Secs 3-1 thru 3-21, 8-1

## STATE OF CONNECTICUT
### SUPERIOR COURT
www.jud.state.ct.us

**"X" ONE OF THE FOLLOWING:**
Amount, legal interest or property in demand, exclusive of interest and costs is:
- [ ] less than $2,500
- [ ] $2,500 through $14,999.99
- [X] $15,000 or more

("X" if applicable)
- [ ] Claiming other relief in addition to or in lieu of money or damages.

### INSTRUCTIONS
1. Type or print legibly: sign original summons and conform all copies of the summons.
2. Prepare or photocopy conformed summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.
5. The party recognized to pay costs must appear personally before the authority taking the recognizance.
6. Do not use this form for actions in which an attachment, garnishment or replevy is being sought. See Practice Book Section 8-1 for other exceptions.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

**RETURN DATE** (Mo., day, yr.) (Must be a Tuesday): 3/21/2006

| | | | |
|---|---|---|---|
| [X] JUDICIAL DISTRICT [ ] HOUSING SESSION [ ] G.A. NO. | AT (Town in which writ is returnable) (C.G.S. 51-346, 51-349) New Haven | | CASE TYPE (See JD-CV-1c) Major T Minor 90 |

ADDRESS OF COURT CLERK WHERE WRIT AND OTHER PAPERS SHALL BE FILED (No., street, town and zip code) (C.G.S. 51-346, 51-350)
235 Church Street, New Haven, CT 06510
TELEPHONE NO. (with area code): 203 503-6800

| PARTIES | NAME AND ADDRESS OF EACH PARTY (No., street, town and zip code) NOTE: Individuals' Names: Last, First, Middle Initial | [ ] Form JD-CV-2 attached | PTY NO. |
|---|---|---|---|
| FIRST NAMED PLAINTIFF | Jenkins, John  77 Clearview Avenue, Meriden, CT 06450 | | 01 |
| Additional Plaintiff | | | 02 |
| FIRST NAMED DEFENDANT | Acuity Lighting Group, INC. d.b.a Lithonia Lighting Company  1170 Peachtree St. NE #2400 Atlanta, GA 30309 | | 50 |
| Additional Defendant | Agent for Service: Corporation Service Company, 50 Weston Street, Hartford, CT 06120-1537 | | 51 |
| Additional Defendant | | | 52 |
| Additional Defendant | | | 53 |

## NOTICE TO EACH DEFENDANT

1. YOU ARE BEING SUED.
2. This paper is a Summons in a lawsuit.
3. The Complaint attached to these papers states the claims that each Plaintiff is making against you in this lawsuit.
4. To respond to this Summons, or to be informed of further proceedings, you or your attorney must file a form called an "Appearance" with the Clerk of the above-named Court at the above Court address on or before the second day after the above Return Date.
5. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default.
6. The "Appearance" form may be obtained at the above Court address.
7. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately take the Summons and Complaint to your insurance representative.
8. If you have questions about the Summons and Complaint, you should consult an attorney promptly. The Clerk of Court is not permitted to give advice on legal questions.

| DATE 2/20/2006 | SIGNED (Sign and "X" proper box) | [X] Comm. of Superior Court [ ] Assistant Clerk | TYPE IN NAME OF PERSON SIGNING AT LEFT Jeremiah J. Morytko |
|---|---|---|---|

FOR THE PLAINTIFF(S) PLEASE ENTER THE APPEARANCE OF:

| NAME AND ADDRESS OF ATTORNEY, LAW FIRM OR PLAINTIFF IF PRO SE (No., street, town and zip code) Giulietti & Morytko, LLC 22 Broadway, North Haven, CT 06473 | TELEPHONE NUMBER 203 239 4011 | JURIS NO. (if any or law firm) 409673 |
|---|---|---|

NAME AND ADDRESS OF PERSON RECOGNIZED TO PROSECUTE IN THE AMOUNT OF $250 (No., street, town and zip code)
Randi L. Godfrey, 22 Broadway, North Haven, CT 06473
SIGNATURE OF PLAINTIFF IF PRO SE

| # PLFS. 1 | # DEFS. 1 | # CNTS. 1 | SIGNED (Official taking recognizance: "X" proper box) | [X] Comm. of Superior Court [ ] Assistant Clerk | For Court Use Only FILE DATE |
|---|---|---|---|---|---|

IF THIS SUMMONS IS SIGNED BY A CLERK:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service thereof.

| I hereby certify I have read and understand the above: | SIGNED (Pro Se Plaintiff) | DATE SIGNED | DOCKET NO. |
|---|---|---|---|

RETURN DATE: MARCH 21, 2006     SUPERIOR COURT

JOHN JENKINS     J.D. OF NEW HAVEN

VS.     AT NEW HAVEN

ACUITY LIGHTING GROUP, INC. d.b.a.
LITHONIA LIGHTING COMPANY     FEBRUARY 20, 2006

## COMPLAINT

    1. On March 18, 2004 and at all times relevant hereto, the plaintiff John Jenkins, is and was a resident of Meriden, Connecticut and was employed by A. Duie Pyle, Inc. of Southington, Connecticut.

    2. On said date and for a long time prior to said date, the defendant, Acuity Lighting Group, Inc. owned and operated a company known as Lithonia Lighting Company which manufactures and distributes its products by way of interstate commerce to several states including Connecticut where it is registered to do business.

    3. On or about March 18, 2004, the defendant, Acuity Lighting Group, Inc., through its other companies, agents, employees or servants caused a trailer to be loaded with its products.

    4. On or about said date the defendant, Acuity Lighting Group, Inc., d.b.a. Lithonia Lighting Company, hired A. Duie Pyle Inc. to pick up and deliver said trailer to its customer through interstate commerce.

    5. On March 18, 2004 the plaintiff, John Jenkins, drove said trailer from A. Duie Pyle, Inc.'s office in Southington, Connecticut to the defendant's customer in Middletown, New York.

6.. Said trailer was loaded by the defendant, its other companies, agents, employees or servants so that by reasonable inspection it was not possible to determine it was improperly loaded for transit to it's customer.

7. On March 18, 2004 at or about the hour of 8:00 a.m. the plaintiff, John Jenkins, drove said trailer from A. Duie Pyle, Inc.'s office in Southington, Connecticut to the defendant's customer in Middletown, New York.

8. On said date at or about the hour of 10:00 a.m. the plaintiff, John Jenkins, began unloading the defendant's products from said trailer when the products suddenly and without warning fell on top of him causing him serious physical injuries and losses.

9. Said injuries and losses were due to the negligence and carelessness of the defendant, its companies, agents, servants or employees in one or more the following ways:

(a) IN THAT it negligently and improperly loaded the trailer carrying its products;
(b) IN THAT it failed to properly distribute and adequately secure its products in said trailer;
(c) IN THAT it failed to securely block or brace its products against the sides, sideboards or stakes of the vehicle to avoid lateral movement during transit;
(d) IN THAT it failed to firmly brace said products against a front end structure so that it is protected against longitudinal movement during transit;
(e) IN THAT it failed to evenly distribute the weight of said products so that they would not shift during transit;
(f) IN THAT it failed to use proper filler to prevent the shift of said products during transit in spaces separating products stocked on top of one another;
(g) IN THAT it stacked and improperly packed said products so that it was impossible to determine they had been improperly and negligently stacked and loaded prior to transit.

10. As a result of the negligence and carelessness of the defendants, as aforesaid,

the plaintiff received and suffered a left elbow high grade partial tear of the distal biceps tendon, a sprain and strain of the left shoulder, hyper extension of the left wrist, soft tissue injury to the left forearm, and a shock to his physical and nervous systems. From all of the aforesaid injuries, or the effects thereof, the plaintiff has suffered pain, mental anguish and nervousness, some of which are permanent and will affect him for the rest of his life.

11. The plaintiff has incurred and will incur expenses for medical and surgical care and attention, x-rays and drugs and for other purposes in an effort to cure him of said injuries and to relieve the pain caused thereby and will be obliged to pay out and expend further sums for those purposes in the future.

12. As a further result of the earning capacity and working ability of the plaintiff, John Jenkins, was greatly and severely affected and as a result he was and will be prevented from following his ususal employment and doing his usual household chores.

13. At the time of the accident, as described herein above, the plaintiff was in the course of his employment and has received Workers' compensation benefits paid by his employer on account of the injuries in the amount of $42,771.58 and is further entitled to probable future payments of unknown amounts.

WHEREFORE, the plaintiff claims damages.

THE PLAINTIFF

By _____
Jeremiah J. Morytko
Giulietti and Morytko LLC
22 Broadway
North Haven, CT 06473
(203) 239-4011
Juris No. - 409673

GIULIETTI AND MORYTKO, L.L.C. • Attorneys at Law
22 BROADWAY • NORTH HAVEN, CONNECTICUT 06473-2301 • JURIS NO. 409673 • (203) 239-4011 • FAX (203) 239-9408

GIULIETTI AND MORYTKO, L.L.C. • Attorneys at Law
22 BROADWAY • NORTH HAVEN, CONNECTICUT 06473-2301 • JURIS NO. 409673 • (203) 239-4011 • FAX (203) 239-9408



**CORPORATION SERVICE COMPANY**

## Notice of Service of Process

TTG / ALL
Transmittal Number: 4375278
Date Processed: 02/27/2006

| | |
|---|---|
| Primary Contact: | Kenyon W. Murphy, Esq<br>Acuity Brands, Inc<br>1170 Peachtree Street, NE<br>Suite 2400<br>Atlanta, GA 30309 |
| Entity: | Acuity Lighting Group, Inc.<br>Entity ID Number 2070107 |
| Entity Served: | Acuity Lighting Group Inc. d/b/a Lithonia Lighting Company |
| Title of Action: | John Jenkins vs. Acuity Lighting Group Inc. |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Personal Injury |
| Court: | Superior Court, Judicial District of New Haven at New Haven, Connecticut |
| Case Number: | Not Given |
| Jurisdiction Served: | Connecticut |
| Date Served on CSC: | 02/27/2006 |
| Answer or Appearance Due: | 03/21/2006 |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Plaintiff's Attorney: | Jeremiah J. Morytko<br>203-239-4011 |

*Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.*

**To avoid potential delay, please do not send your response to CSC**
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com