IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN JENKINS ) | CIVIL ACTION NO. 3: |
| ) | 3:06-CV-00376 (SRU) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ACUITY LIGHTING GROUP, INC., ) | |
| d/b/a LITHONIA LIGHTING ) | |
| COMPANY ) | |
| ) | |
| Defendant. ) | MARCH 16, 2006 |

## ANSWER AND AFFIRMATIVE DEFENSES

The Defendant, Acuity Lighting Group, Inc., d/b/a Lithonia Lighting Company (hereinafter collectively referred to as "Lithonia"), hereby files its Answer to the Plaintiff's Complaint and states its Affirmative Defenses and Claim for Jury as follows:

1.

The Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in Paragraph 1 of the Plaintiff's Complaint and therefore leaves the Plaintiff to his proof.

2.

The Defendant denies the allegations of Paragraph 2 of the Plaintiff's Complaint as phrased. The Defendant does admit that it does and is authorized to do business in the State of Connecticut.



One Goodwin Square   HALLORAN   Phone (860) 522-6103
225 Asylum Street    & SAGE LLP  Fax (860) 548-0006
Hartford, CT 06103               Juris No. 26105

3.

The Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in Paragraph 3 of the Plaintiff's Complaint and therefore leaves the Plaintiff to his proof.

4.

The Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in Paragraph 4 of the Plaintiff's Complaint and therefore leaves the Plaintiff to his proof.

5.

The Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in Paragraph 5 of the Plaintiff's Complaint and therefore leaves the Plaintiff to his proof.

6.

The Defendant denies all allegations contained in Paragraph 6 of the Plaintiff's Complaint.

7.

The Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in Paragraph 7 of the Plaintiff's Complaint and therefore leaves the Plaintiff to his proof.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN & SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

2

8.

The Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in Paragraph 8 of the Plaintiff's Complaint and therefore leaves the Plaintiff to his proof.

9.

The Defendant denies all allegations contained in Paragraph 9 of the Plaintiff's Complaint.

10.

The Defendant denies that it was negligent, careless or otherwise liable for causing any injury or damage to the plaintiff. With regard to the remaining allegations, the Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in Paragraph 10 of the Plaintiff's Complaint and therefore leaves the Plaintiff to his proof.

11.

The Defendant denies that it was negligent, careless or otherwise liable for causing any injury or damage to the plaintiff. With regard to the remaining allegations, the Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in Paragraph 11 of the Plaintiff's Complaint and therefore leaves the Plaintiff to his proof.

One Goodwin Square    HALLORAN    Phone (860) 522-6103
225 Asylum Street     & SAGE LLP  Fax (860) 548-0006
Hartford, CT 06103                Juris No. 26105

3

12.

The Defendant denies that it was negligent, careless or otherwise liable for causing any injury or damage to the plaintiff.  With regard to the remaining allegations, the Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in Paragraph 12 of the Plaintiff's Complaint and therefore leaves the Plaintiff to his proof.

13.

The Defendant denies that it was negligent, careless or otherwise liable for causing any injury or damage to the plaintiff.  With regard to the remaining allegations, the Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in Paragraph 13 of the Plaintiff's Complaint and therefore leaves the Plaintiff to his proof.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

4

## AFFIRMATIVE DEFENSES

### First Defense

The Plaintiff's Complaint is barred in that the Plaintiff's Complaint fails to state a cause of action against "Lithonia" for which relief can be granted.

### Second Defense

If the Plaintiff suffered the injuries and damages as alleged, then any such injury or damage was proximately caused by his own negligence in failing to conduct himself in a reasonable and prudent manner at the time of the incident referenced in his Complaint.

### Third Defense

Plaintiff's alleged injuries, if any, were aggravated by Plaintiff's negligent failure to promote his own recovery and to use reasonable diligence to mitigate such damages and injuries, if any.

### Fourth Defense

Plaintiff's claims set forth in his Complaint are barred by the applicable statute of limitations and/or by the statute of repose to the extent that the events actually occurred and to the extent to which the Plaintiff actually sustained any injury as a result thereof.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

5

<u>Fifth Defense</u>

The Plaintiff's claims are barred as a matter of law due to Plaintiff's spoliation and/or failure to preserve evidence critical to the prosecution and/or defense of the claims alleged by the Plaintiff against this Defendant.

**WHEREFORE**, Lithonia denies any and all liability to the Plaintiff whatsoever, and

a) demands judgment in its favor and against the Plaintiff, and that it be awarded costs, fees, and all other relief demanded;

b) demands a trial by jury; and

c) requests such other relief as is necessary, just or proper.

This 16th day of March, 2006.

> The Defendant
> **ACUITY LIGHTING GROUP, INC., d/b/a LITHONIA LIGHTING COMPANY**
>
> By /s/ Bruce H. Raymond
> Bruce H. Raymond of
> HALLORAN & SAGE LLP
> Federal Bar #ct04981
> One Goodwin Square
> 225 Asylum Street
> Hartford, CT 06103
> Phone: (860) 522-6103
> Fax: (860) 548-0006
> Email: Raymond@halloran-sage.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 16, 2006, a copy of foregoing Answer and Affirmative Defenses was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF system.

      The Defendant
**ACUITY LIGHTING GROUP, INC., d/b/a LITHONIA LIGHTING COMPANY**

By /s/ Bruce H. Raymond
    Bruce H. Raymond of
    HALLORAN & SAGE LLP
    Federal Bar #ct04981
    One Goodwin Square
    225 Asylum Street
    Hartford, CT 06103
    Phone:  (860) 522-6103
    Fax:  (860) 548-0006
    Email:  Raymond@halloran-sage.com

803900.1

One Goodwin Square    HALLORAN & SAGE LLP    Phone (860) 522-6103
225 Asylum Street                              Fax (860) 548-0006
Hartford, CT 06103                             Juris No. 26105

7